UNITED STATES DISTRIC COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FT. WORTH DIVISION

| | | |
|---|---|---|
| Mayford K. Davis, Jr., <br>     Plaintiff | ) <br> ) | Case No. **4-11CV-575-A** |
| Vs. | ) <br> ) <br> ) <br> ) | |
| CAPITAL ONE BANK USA, <br>     Defendant | ) <br> ) <br> ) <br> ) | Judge _____ |
| | ) | **Trial By Jury Demanded** |

ORIGINAL COMPLAINT FOR VIOLATIONS OF FCRA, 15 U.S.C. § 1681

*et seq.*

JURISDICTION AND VENUE

1. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p and 28 U.S.C. §1331.

2. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391.

3. Venue is proper in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS (Ft. Worth Division).

4. All conditions precedent to the bringing of this action have been performed, waived, or excused.

1

## PARTIES

5. The Plaintiff in this lawsuit is Mayford K. Davis, Jr., a natural person, who resides in Parker County, Texas.

6. The Defendants in this lawsuit is CAPITAL ONE BANK USA with an address of 1680 Capital One Drive, McLean, VA 22102.

## PRELIMINARY STATEMENT

7. This is an action for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq.*

## FACTUAL ALLEGATIONS

8. On or about April 20, 2011 Plaintiff pulled his consumer credit report from the credit reporting agency Equifax. Plaintiff found unfamiliar entries that were not authorized as Plaintiff had no business relationship with nor was interested in having a business relationship with CAPITAL ONE BANK USA and there is no evidence to the contrary.

9. Plaintiff does not have an "account", as defined in 15 U.S.C. § 1683a(2), with CAPITAL ONE BANK USA and there is no evidence to the contrary.

10. Plaintiff has neither applied for an "account" with Defendant nor has been presented with an offer of credit and there is no evidence to the contrary.

11. Defendant CAPITAL ONE BANK USA initiated a pull of Plaintiff's consumer credit report on December 08, 2010 from Equifax. Plaintiff has no "account" with nor initiated an action to obtain an account with CAPITAL ONE BANK USA. This consumer credit pull was from Equifax without Plaintiff's permission and therefore is not permissible as no "account" exists with CAPITAL ONE BANK USA and no evidence exists to the contrary.

12. Discovery of this violation brought before this Court occurred within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## COUNT I
### VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT CAPITAL ONE BANK USA

13. Paragraphs 1 through 12 are realleged as though fully set forth herein.

14. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

15. Equifax is a credit reporting agency within the definition of the FCRA, 15 U.S.C. § 1681a(f).

16. Consumer credit report is a consumer report as defined in the FCRA, 15 U.S.C. § 1681a(d).

17. The FCRA defines at 15 U.S.C. § 1681b the permissible purposes for which a person may obtain a consumer credit report.

18. As defined by 15 U.S.C. § 1681b permissible purposes are generally as if the consumer <u>makes application</u> for credit, if the consumer <u>makes application</u> for employment, if the consumer <u>makes application</u> for insurance which would require underwriting, or if the consumer is offered a bona fide offer of credit as a result of the inquiry and none of these situations occurred and there is no evidence to the contrary.

19. Plaintiff has never had any business dealings or "account"s, as defined by 15 U.S.C. § 1683a(2), with, made application for credit from, made application for employment with, applied for insurance with, or received a bona fide offer of credit from said Defendant and there is no evidence to the contrary.

20. Plaintiff has never authorized either directly or indirectly CAPITAL ONE BANK USA to obtain Plaintiff's consumer credit report from any credit reporting agency at any time and there is no evidence to the contrary.

21. Plaintiff discovered on or about April 20, 2011 that Defendant CAPITAL ONE BANK USA initiated with Equifax a pull of his consumer credit report

on October 08, 2010 without a permissible purpose in violation of FCRA, 15 U.S.C. § 1681(b).

22. The obtaining of the Plaintiff's consumer credit report by CAPITAL ONE BANK USA without a permissible purpose or the Plaintiff's consent, either directly nor implied, was a willful violation of FCRA, 15 U.S.C. § 1681(b) and an egregious violation of the Plaintiff's right to privacy and there is no evidence to the contrary.

WHEREFORE, Plaintiff demands judgment for statutory damages of $1,000 against Defendant CAPITAL ONE BANK USA pursuant to 15 U.S.C. § 1681n, attorney's fees, and costs.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681
### OBTAINING INFORMATION UNDER FALSE PRETENSES BY
### CAPITAL ONE BANK USA

21. Paragraphs 1 through 12 are realleged as though fully set forth herein.

22. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

23. CAPITAL ONE BANK USA is a furnisher of information within the meaning of the FCRA, 15 U.S.C. § 1681s-2.

24. CAPITAL ONE BANK USA presumed to have a permissible purpose for obtaining Plaintiff's consumer credit report without appropriate authorization thus violating 15 U.S.C. § 1681q and there is no evidence to the contrary.

WHEREFORE, Plaintiff demands that CAPITAL ONE BANK USA be fined to the full extent of law under Title 18.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues as triable as a matter of law.

Dated: *Aug. 18, 2011*

Respectfully submitted,

*Mayford K. Davis Jr.*
Mayford K. Davis, Jr.
216 Camelot Drive
Weatherford, Texas 76086
(817) 768-7459

SERVICE TO:
CAPITAL ONE BANK USA BANK
Attn: Legal Department
1680 Capital One Drive
McLean, VA 22102

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**4-11CV-575-A**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Mayford K. Davis, Jr.
216 Camelot Dr., Weatherford TX 76086

**(b)** County of Residence of First Listed Plaintiff: **Parker County, TX**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS

CAPITAL ONE BANK, USA

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1681 et seq

Brief description of cause:
Violation of FCRA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 1,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: Aug. 18, 2011

SIGNATURE OF ATTORNEY OF RECORD: Mayford K. Davis Jr.

FOR OFFICE USE ONLY

RECEIPT # FW014989  AMOUNT $350.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____